IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**AARON MICHAEL BELLAMY,**

    **Defendant.**

---

**ORDER GRANTING GOVERNMENT'S MOTION
TO AMEND PART V OF THE DISCOVERY ORDER** (Docket No. 8)

---

**THIS MATTER** comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED.**

THEREFORE, the Government may amend Part V of the Discovery Order as indicated in Exhibit One to the Motion.

**DONE AND ORDERED** this 5th day of March, 2009.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**