UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON MICHAEL BELLAMY,

    Defendant.

---

**ORDER**

---

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, April 6, 2009,** and responses to these motions shall be filed by **Thursday, April 16, 2009.**  It is

    FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, May 4, 2009, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

    ORDERED that if the parties believe that a hearing or final trial preparation conference needs to be set, they shall notify the Court.

    Dated:  March 16, 2009

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief United States District Judge