IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  09-cr-00010-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.  AARON MICHAEL BELLAMY,

       Defendant.

_____

**ORDER PLACING DEFENDANT IN THE CUSTODY OF THE UNITED STATES ATTORNEY GENERAL FOR DETERMINATION OF COMPETENCY**

       THIS MATTER comes before the Court upon the defendant's submission, under seal, of results of a neuropsychological examination of the defendant, and opinion by the examiner that the defendant is not competent to proceed.

       Upon review of the aforementioned neuropsychological report, and after conferring with the parties at a hearing on Monday, June 22, 2009, I find there is reasonable cause to believe that the defendant may presently be suffering from a mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  18 U.S.C.§ 4241.

       Accordingly, IT IS ORDERED:

       1.     The defendant shall be delivered to the Custody of the United States Attorney General for placement in a suitable facility, not to exceed 45 days, for the

purpose of conducting a psychological evaluation to determine the defendant's competency to proceed.  18 U.S.C. § 4247 (b).

2. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the court.  *Id.*

3. **No later than 45 days** from the date of this motion, the United States Bureau of Prisons shall provide a written competency evaluation to the Court, or, shall apply for an extension of time to provide said evaluation, pursuant to 18 U.S.C. § 4247(b).

4. Counsel is authorized to release the sealed psychological evaluation to the designated facility.

5. Upon request of the designated facility, Dr. Laura Combs shall release the raw testing data collected during her evaluation of the defendant.

6. Pursuant to 18 U.S.C. § 3161(h)(1)(A), the time period within which an information, indictment, or trial must be held is **STAYED**, until further Order of the Court.

The Court notes that the United States has no objection to this motion.

DATED at Denver, Colorado on this the 6th day of July, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U.S. District Court Judge