UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AARON MICHAEL BELLAMY,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Forensic Evaluation of Defendant has been received by the Court. Counsel for the parties are directed to come to my Chambers to pick up a copy of the Evaluation and to meet and confer after reviewing same. The parties shall then file a status report on or before **Tuesday, February 23, 2010**, regarding issues of competency, whether a hearing on competency needs to be held and/or any other issues relevant to the case at this time.

      Dated:  February 9, 2010