UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AARON MICHAEL BELLAMY,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Defendant's request in his Status Report for an additional three (3) weeks to file a status report is **GRANTED**. The parties shall file a status report on or before **Tuesday, March 16, 2010**, regarding issues of competency, whether a hearing on competency needs to be held and/or any other issues relevant to the case at this time.

      Dated:  March 1, 2010.