UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON MICHAEL BELLAMY,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on March 25, 2010. A hearing on Defendant's competency and Change of Plea Hearing is **SET** for **Tuesday, June 15, 2010, at 9:30 a.m.** in Courtroom A-1002. As to competency, it appears from my review of the record that the parties concede Defendant's competency based on the psychological evaluation prepared by the Bureau of Prisons. However, a record needs to be made on this issue before the Court can address the Defendant's plea.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: March 26, 2010.