UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AARON MICHAEL BELLAMY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Violation Hearing is set for **Thursday, January 12, 2012, at 10:00 a.m., in Courtroom A-1002.**

    Dated: September 19, 2011