UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00010-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AARON MICHAEL BELLAMY,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Supervised Release Violation Hearing is re-set for **Tuesday, March 13, 2012, at 9:00 a.m.**

      Dated: January 4, 2012